IN THE COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 20¹⁵

Abel Acosta, Clerk

ZACHARIAH HARVEY
        APPLICANT

Vs.                                                CAUSE No. 1311763-A-B

THE STATE OF TEXAS

IN REFEAENCE TO DOCKET. SHEET
IN CAUSE No. 1311763 #A

TO THE CLERK ABEL A. COSTA:

    COMES  NOW  ZACHARIAH  HARVEY, APPLICANT IN THE ABOVE MENTIONED IS HEREBYY
REQUESTING  A  COPY  OF  THE  COURT'S  DOCKET SHEET AS TO EVERYTHING SUBMITTED
AS TO THE APPLICANT'S APPEAL .IN CAUSE # 1311763 #A- #B.  PLEASE  THANKS,  IT'S
A MATTER OF IMPORTANCE!

    YOUR ASSISTANCE IN THIS MATTER WILL BE HIGHLY APPRECIATED SINCERELY.

                                        RESPECTFULLY SUBMITTED

                                        Zachariah Harvy 1853348

cc: file
6-24-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk